**TALLMAN TIRE SERVICE, INC.,**
d/b/a **Tallman Towing & Recovery,**
**Plaintiff/Respondent,**

v.

**I–70 TRUCK CENTER, INC.,**
**Defendant/Appellant.**

**No. ED 77857.**

Missouri Court of Appeals,
Eastern District,
Division Seven.

March 6, 2001.

Bruce E. Hopson, Mark D. Pasewark, Virginia G. Pasewark, Law Office of Mark D. Pasewark, St. Louis, MO, for appellant.

Gordon D. Prinster, St. Charles, MO, for respondent.

Before MARY K. HOFF, C.J., CRANDALL, J., and RICHARD B. TEITELMAN, J.

### *ORDER*

PER CURIAM.

I–70 Truck Center, Inc. (Defendant) appeals from the judgment of the trial court finding in favor of Tallman Tire Service, Inc. (Plaintiff) on Plaintiff's claim against Defendant alleging that the wrecker truck Plaintiff had ordered from Defendant did not have the agreed-upon type of wheel lift and therefore seeking a refund of Plaintiff's down payment for the truck. The court also found in favor of Plaintiff on Defendant's counterclaim alleging wrongful rejection of the truck and breach of contract. The trial court's judgment is supported by substantial evidence, is not against the weight of evidence, and no error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).